IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JOANNA SEXTON,

        Plaintiff,                Case No. 2:19-cv-43

v.

WAWA, INC.,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between plaintiff Joanna Sexton, by counsel, and defendant Wawa, Inc, by counsel, that all claims in this action have been resolved and the parties hereby request that the Court dismiss all claims in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees. Accordingly, it is hereby ORDERED that this matter is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This Court reserves jurisdiction to enforce this settlement, as encompassed in the 'Term Sheet' memorandum of understanding executed by the parties.

.

Entered this date: 8/8/19

/s/
Douglas E. Miller
United States Magistrate Judge
_____
Judge

-2-

We ask for this:


    /s/John P. O'Herron
Henry C. Spalding, III (VSB No. 34382)
John P. O'Herron (VSB No. 79357)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Phone: (804) 698-6253
Fax: (804) 780-1813
hspalding@t-mlaw.com
joherron@t-mlaw.com
*Attorneys for Defendant Wawa, Inc.*


Seen and agreed:


    /s/George T. Albiston
George T. Albiston (VSB No. 22967)
Gilbert & Albiston
580 East Main Street, Suite 330
Norfolk, VA 23510
Phone: 757-625-1188
Fax: 757-625-1051
gcorgc@albistonlaw.com
*Attorney for Plaintiff*